## Osgood *against* Dewey.

IN ERROR, on *certiorari* to a justice's court.

The defendant in error brought an action against the plaintiff in error, in the court below, for use and occupation.

*Dewey*, the plaintiff below, demised, by parol, certain premises to the defendant below, for one year, ending the 31st of *December*, 1809, at the rent of 9 dollars, which the defendant paid, and continued in possession for three years, without any new agreement, and without paying rent. The action was brought to recover rent for those three years, and judgment was given for the plaintiff below.

*Per Curiam.* There can be no doubt that this action lies as well where the holding is upon an implied as upon an express permission of the landlord. The parol lease for the year 1809, and the payment of rent under it, are acts which estop the tenant from disputing the title of his landlord; and, although no new agreement was shown, in regard to the tenancy for the three last years, the continued possession of the tenant, holding over, is characterized by the previous lease, and must be deemed a holding by implied permission of the original lessor. (*Harding* v. *Crethorn*, 1 *Esp. Rep.* 57.) The judgment must be affirmed.

Judgment affirmed.

*An action for use and occupation lies where the holding is upon an implied as well as an express permission of the landlord*

*A tenant who, after the expiration of, and payment of rent under, a parol demise, continues in possession without any new agreement with the landlord, cannot, in an action against him for the use and occupation of the premises, subsequent to the expiration of the former term, dispute the title of the plaintiff; and his subsequent holding will be deemed to have been by the implied permission of the original lessor.*